WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**PEGGY LEE PECK**,                                                    CV # 10-1332-HZ

      Plaintiff,

vs.                                                                                ORDER

**COMMISSIONER of Social Security**,

      Defendant.

_____

      Attorney fees in the amount of $4,189.12 are hereby awarded pursuant to the Equal Access

to Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset

Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box

2768, Oregon City, OR 97045.  If no debt subject to offset exists, payment shall be made in Tim

Wilborn's name.

      DATED this 22nd day of December, 2011.

                             /s/ Marco A. Hernandez
                             United States District Judge

Submitted on December 21, 2011 by:

s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1